UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-80745-RUIZ/REINHART

DAVID POSCHMANN,

        Plaintiff,

v.

SC LAKE PARK ASSOCIATES, LLLP

        Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

        The parties hereto, through counsel, inform the Court that this matter has been resolved.

| | |
|---|---|
| s/Drew M. Levitt | s/Mahra Sarofsky |
| Drew M. Levitt, Esq. | Jeremy E. Slusher, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 145769 |
| drewmlevitt@gmail.com | jes@slusherandrosenbaum.com |
| Lee D. Sarkin, Esq. | Mahra Sarofsky, Esq. |
| Florida Bar No. 962848 | Florida Bar No. 33637 |
| lsarkin@aol.com | mcs@slusherandrosenbaum.com |
| 4700 N.W. Boca Raton Boulevard | SLUSHER & ROSENBAUM P.A. |
| Suite 302 | 444 Railroad Avenue, Suite 470 |
| Boca Raton, Florida 33431 | West Palm Beach, FL 33401 |
| Telephone (561) 994-6922 | Telephone (561) 814-2020 |
| Attorneys for Plaintiff | Attorneys for Defendant |